But the
 
 court
 
 said, the defendant has a right to plead the act of limitation on the appeal. The suit is precisely as'if it had originated here and the respondent cannot refer to the record of the proceedings below, except to state how this case came here; and the date of the proceeding commenced below, in reference to the plea of limitation.
 

 As to the other point, there is no admission which we would leave to a jury to take the case out of the act of limitation. The old cases went to a ridiculous extent on this subject, which the modern deci-Isions are overruling. We cannot at least admit any thing to prevent the bar of the statute, which does not amount to an acknow-I ledgment of a subsisting debt; nor leave any thing to the jury, unless j such an acknowledgment can be fairly drawn from it.
 

 The plaintiffs in this case must be nonsuited,